PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE Eastern _____ DISTRICT OF TEXAS
Beaumont _____ DIVISION

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

David Lester Grohoske, Diann Hazlewood Grohoske, Roy Lester Grohoske
Plaintiff's Name and ID Number

JUL 29 2019

Richard P Leblanc
Place of Confinement

BY
DEPUTY_____

CASE NO. 1:19cv328
(Clerk will assign the number)

v.

Truncale - Hawthorn

Richard P Leblanc - Brad Livingston
Defendant's Name and Address

Greg Abbott
Defendant's Name and Address

Donald Trump
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.   In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."     *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS: Filing for imminent danger life at threat

   A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___✓___YES ___NO

   B.   If your answer to "A" is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.) other needed exact dates time other

   1.   Approximate date of filing lawsuit: April 2 2017 entered 4-11-17

   2.   Parties to previous lawsuit:

   Plaintiff(s) David Lester Grahorne, Diann Hazlwood Grahorne Sweetpea, Roy Lesko Grohorne

   Defendant(s) Fortner

   3.   Court: (If federal, name the district; if state, name the county.) Eastern District

   4.   Cause number: 42 : 1983 Prisoner Civil Rights 6:17cv218

   5.   Name of judge to whom case was assigned: Ron Clark, K Nicole Mitchell, Began Zach Hawthorne

   6.   Disposition: (Was the case dismissed, appealed, still pending?) Still pending of Appeal 5 circuit block to file

   7.   Approximate date of disposition: 1940362 5⁺ˢ circuit 30 day for IFP July 8 2019 Angelique D Tondre still pending of June 23 2019 of Tyler denial, now 30 day grace period of Informa Paupers appeal in 5⁺ˢ circuit I  2 intended to follow of release July 23 2019 other

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: Richard P Leblanc

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ~~Richard Brad Livingston~~ David Lrester Grohoske
Richard P Leblanc Unit 3695 FM 3514 Beaumont TX 77705
housing K-28 T 4 Bldg

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _____ Brad Livingston executive director _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

the Unit under Brad Livingston is in acts against my life, parents-guardians, crimes against
humanity leaving life at threat in Ecclesiastical matter - not released to parole - others!
Defendant #2: _____ Greg Abbott _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

He has not followed as governor, of our lives at threat by people of governmental, Ecclesiastical Matter
violating constitutional right of person, by not upholding authority
Defendant #3: _____ Donald Trump _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

He has not followed as a US President of situation of lives at threat as prisoner or US citizen of
Ecclesiastical matter, violating constitutional rights by not upholding authority
Defendant #4: _____ Calvin R Grohoske _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Ecclesiastical matter of actions, actions of right of publicity, other of Falls County incredent, involvement
violating my constitutional rights
Defendant #5: _____ Cecil JR Grohoske _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Ecclesiastical matter of actions as involvement with inmates. violating my
constitutional rights

defendant #6  Gravernmental entities
        violating constitutional rights

defendant #7  Non Governmental entities
        violating constitutional rights

Rev. 05/15

V.   STATEMENT OF CLAIM: *imminent danger of serious physical injury 8th amendment*
*Lewis vs Casey 518 US 343 1996*

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. *July 29 Estelle rape - 2017 - from*

*Anderson, Young, Broussard April 3rd 2019 reported rape in questionaire delivered word of needing to be placed in Chaplaincy, Plock later Capt Matthews I tried reporting rape - OJJ I given I needed stenographer Brad Livingston responsible for Richard P Leblanc, as Governor responsible of Ecclesiastical matters of Brad Livingston President Donald Trump responsible for Governor over Richard Pleblanc and situation from Michael Unit Tennessee Colony TX this of Calvin R Grahovie responsible for people of Falls county of situation of freemason masons illuminati Westphalia School Cecil JR Grahovie responsible for inmates in illuminati freemason mason mindcontrol of prisoners and any real word to Roy Lester Grahovie and Dianna Hazlewood Grahovie who one plaintiff with I and victims since in a bay of Ecclesiastical matter on my identity their identities are of defamed lied on stolen from for trespasses committed that we are not of harmed physical injury back I reported of Mills provider before Mcloud xrays by Madonna Wyatt, rape connected other uncon below, other violations of right life in iminent danger*

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*rights, compensation, identity manifested, there to stop abusing stealing our identities, harming people lying on our lives, release from prison for us.*

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases. *?*

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
*05960837, 807297, 1523250 number Ive never had 1070142 never have had this number as I search for it and no one replies on Richard Pleblanc where I found it at*

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.) *I have limited time of*
   1. Court that imposed sanctions (if federal, give the district and division): *difficulty in finding*
   2. Case number: *314cv598 614cv762 615486 116886 116929 6161103 ?? dismissed 617218*
   3. Approximate date sanctions were imposed: *dismissal dates?*
   4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?      ✓ YES ____ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Tyler Beaumont dismissed?

2. Case number: 314cv598 614762 615486 116886 116929 616103 617218

3. Approximate date warning was issued: ____

Executed on: July 25
DATE

David Lester Grohoske

David Lester Grohoske.
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___25___ day of ___July___ , 20 _19_ .
(Day)                  (month)           (year)

David Lester Grohoske

David Lester Grohoske
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

In the United States District Court
For the Eastern District of Texas
David Lester Grohoske, Diann Hazlewood Grohoske sweetpea
                                    Roy Lester Grohoske

                                    VS

Richard P Leblanc Brad Livingston  Governor Greg Abbott   President Donald Trump

I am of filing of AD 7,30 7.35 of Ecclesiastical Endorsement
of Ecclesiastical matter, of Ecclesiastical Controversy by who J David
Lester Grohoske, of Diann Hazlewood Grohoske sweetpea, of Roy Lester Grohoske,
of J of today of Gods way, PD 52 as TDCJ has information that government
code 559,004 of needed to be corrected of my life and this by who J
am who Diann Hazlewood Grohoske sweetpea Roy Lester Grohoske is of 19-40362
5th circuit 617cv218 of Texas Center for Legal Ethics.

The word J now place of sec 21.03 aggravated rape, sec 21.05 aggravated
sexual abuse sec 20.3 as engaging with consensual sex with others and
26.10 of recruiting to a security threat group of TDCJ guards from Gurney, Bartlett
state jail, Estelle, Skyview, Michael Unit, now Richard P Leblanc Unit as may began
in other of 1523250 # 8582 causeno, of 807 297# crime never committed, as another
# J have never seen or heard of and written form information, have not returned.
J am wrongfully incarcerated from 8582 cause no now in 9205. 4822 Brady
claims ineffective assistance of counsel.

It is seen of 2441 war crimes 2442, 2510-2523 interception of communication, 2331-
2339 D of not gang - mutiny act of 1689-1879, Army discipline and regulation
act of 1879, as insurrection + rebellion - thus not gang of 26.10 though based from
mind control, illuminati, freemason of 16.01-16.06, 233th as J David am and
Roy + Diann Hazlewood Grohoske sweetpea used by these as who we are predestined
of God, Christ, God of Abraham Issac + Jacob, as these have destroyed themselves
of Westphalia Catholic School, Falls County, other from not following the way.
This of Al Qaeda, other they search for a way out of mental retardation, homosexuality,
of destroyed spiritual life in rebellious life of freewill of life, wrong decisions
made and of from - other. As we look for who belongs to Christ in there, Gods
way of there, to form to live correctly. Stop evil.

I am requesting your services as intrest to society of Ecclesiastical
matter that I David Lester Grohoske 1838849 (current number) searching for
Diann Hazlewood Grohoske sweetpea Roy Lester Grohoske rights, freedom, by Gods way,
as well of myself by we as plaintiffs 617cr218, appeal 1940362 as im given period
of Aug 7 for petition of review of K Nicole Mitchell and Aug 1st or 2nd area of
informa pauperis appeal from the 5th circuit, 2510-2523 interception of communication
war crimes 2441-A-I false personation 911-917 118 war crimes as I David Lester
Grohoske of immediate right, right of publicity, am to be placed before Diann
Hazlewood Grohoske sweetpea Roy Lester Grohoske Mary Brughman Hazlewood of
today 19-40362-617 218 of plaintiffs themselves that 314598-614762 2016
US District Lexis 53449 manifest innocence, not guilty, non involvement.

This enemies have information by family members of Roy Lester Grohoske & Diann
Hazlewood Grohoske sweetpea whos been abusing them for a prolonged period
of time, as also other from Calvin R Grohoske people as family residents of area
of crooked government that I David have been protected from by Roy &
Diann Hazlewood Grohoske sweetpea individually — Mary Brughman Hazlewood of
during her life of living.

This we have been in harm I never knowing.

Needed of enemies having our information a Cecil JR Grohoske, Calvin R Grohoske,
Casey Y Pontillo of aiding enemies of country — in country — 2331-2339 D.

These know we of Gods way this will works of our lives, movies, money, land,
music, books, of origin and I cannot, USA, people of freedom over world
cannot be held back by July 23 2019 so its of HB1433 parole release Nov
10 discharge as very critical of our lives of date and foreseen coming
of freedom impact of our Lord & Savior Jesus Christ Yoshava Immanuel
Emmanuel of our lives to manifest.

You are of need of wrongfully incarcerated of a 858d cause no in 9a05 cause no 482d Brady Claims, Ineffective Assisstance of counsel, this of Exodus 21:12-14, Lev 20:13, is how we are set up, as John 15:26 Comforter, Spirit of Truth is discerned.

From my wrongful incarceration Diann Hazlewood Grohoshe is wrongfully incarcerated of Ecclesiastical matter, 116 886 116 929 616 1103, as Roy Lester Grohoshe of being abused, wronged, as we stand togeather and someone use intent to turn us of one another. 237-158-D is exposure of Casey Y Pontillo in 264th District County; Michael Nelson, not done in best intrest for children or prisoners, John 15:26, rule 26, 33, 603 as Casey is seen sick, not our lives.

This Roy Lester Grohoske, Diann Hazlewood Grohoshe sweetpea as these two would not set of David Lester Grohoske up as a foreseen life of Gods Spirit + will, and this is seen how innocent they are though family, county, outside of Ecclesiastical matter of 2Pac Shakur of California of life not followed correctly,

Diann Hazlewood Grohoshe sweetpea is seen getting of from Catholic School of Westphalia Texas Falls County by her mother Mary Baughman Hazlewood who kept of from harm at school, Roy Lester Grohoshe seen to back up. Diann is so innocent, Roy used, they seen as my protectors, as Deanning of K-6 using toilet on myself is seen of school, of terronistic organization, not Diann Hazlewood Grohoshe or Roy Lester Grohoshe as seen of decoy of Heaven, as decoy of Heaven is of date understood by witnesses along the way. 08-11 of math class San Saba Central Texas College, im seeing of date hinesight how I was set up though Galatians 4 Gods appointed time covered these people of - different form of covering.

I was not accepted neither was Roy or Diann Hazlewood Grohoshe due to my skin and foreseen of God, Holiness, Righteousness, the power God vested in us of His way, obedience, justification, predestination, calling, sovereignty.

It is of longe amounts of money of our lives, land, music, books, movies, of Gods way this we have need of my life placed correctly of truth of Gods Sovereignty that other lives feel that if this is manifested these of one cancelled out, lose what they have stolen, as its manipulated of how. 1001-1040 fraud of false statements Jeremiah 48:10 287 false fictious or fraudulent claims, even in counts of mopuison treason Treason sedition and subversive Activities 2381-2450?

The of Mt 10:26 its not a way for any one to claim my life or Diann Hazlewood Grohoske sweetpea or Roy Lester Grohoske Mt 10:16, Mt 18:6, Jn 8:32b, Mt 7:14, Deut 16:18, Lev 19:15, Ezra 7:26, Isaiah 7:17. criminal infringement of a copyright, This of every mans work shall be made manifest, Galatians 4, of Paul, other Holy Bible, YHWH, adonay JEHOVA, Beginning and Ending, Alpha + Omega, I AM, Elohim, Almighty God, other — Yashava sp - Jesus Christ, Immanuel Emmanuel, King of Kings Lord of Lords.

This is how other one cancelled out as people one a threat to self + other not being obedient, submissive and learn as parsing our lives for their lives, cowardicly suicidal deadly combination as we one died on 1001-1040, PO#32 false testimony Tx pnl cd 37.09 + 37.10 also of PO# 10 falsification of records.

You one of need to know Roy Lester Grohoske, Diann Hazlewood Grohoske so innocent sweetpea as I Davids sovereignty and of birth rights of our lives, free born of Spirit, of calling I answered 08-11 that seperated them from any government program or organization, that Westphalia Church who may posing of contesting in other forms of Ecclesiastical Matter, as Westphalia seen of date, hinesight unnormal evil intent. I Davids life manifest, Diann Hazlewood Grohoske sweetpea Roy Lester Grohoske on Richard P Leblanc Unit in Texas.

This is of policy numbers in AD 7.30 7.35 Ecclesiastical Endorsement John 15:26 Comforter, Spirit of Truth PN#s of 299/17, 4762/18 Christophe Pierre Holy See Washington Chancery, O 29 Bonny C Black Chaplin of the Senate,

as these given are seen fallen short of the Glory of God of Penance needed, may others.

The need of Diann Hazlewood Grohoske sweetpea Roy Lester Grohoske of our true lives of Gods way that my life is life that protects them and frees them of date Ezra 7:26, Mt 10:16, Mt 18:6, JN 8:32b, Mt 7:14, Deut 16:18, Lev 19:15, His word.

The need of Diann Hazlewood Grohoske sweetpea Roy Lester Grohoske of our true lives of Gods way that my life is life that protects them and frees them of date Ezra 7:26, Mt 10:16, Mt 18:6, JN 8:32 b, Mt 7:14, Deut 16:18, Lev 19:15 His word.

The current of 617cv 218  19-40362 as #105 we have ability of 2016 US District Lexis 53449 of 614cv 762 began 314cv 598 that frees our lives of blame frees Diann Hazlewood Grohoske, Roy Lester Grohoske of any blame as we cannot be blamed.

I have of date by scripture Ecclesiastical matter — controversy Watson v Jones 80 US 679, 728-9 1871 as this is needed by people US government Texas government to reverence our lives and rights of this land.

AD730 7.35 as mutiny of clergymen, that's seen from in government of and prisoners  as US citizens mutiny act 1689-1879 Army discipline and regulation act of 1879

Its of today of Richard P Leblanc, of Michael Unit names due reported to voice of the Martyr, President Donald Trump, Chaplin of Senate Barry C Black and 617cv218 Tyler Federal courts, of sending others, Donald Trump.

This of Ecclesiastical matter its of how we govern with J of God, and Diann Hazlewood Grohoske sweetpea Roy Lester Grohoske of God of Christ, Mary Broughman Hazlewood who had past as im wrongfully incarcerated and not guilty of any crimes or offenses that by accusers with J

present before Roy Lester Grohoske and Diann Hazlewood Grohoske sweetpea, Mary Broughman Hazlewood, its seen of actions by accusers of no social or political power favor, as orchestration, coheuion, influence, deception, lies, as I David Lester Grohoske Diann Hazlewood Grohoske sweetpea, Roy Lester Grohoske, Mary Broughman Hazlewood a sovereign life as wise as a serpent gentle as a dove who decoy is term, as of 08-11 a seen emnity against I David Lester Grohoske and them of calling I answered and they support other since im a boy As 20 81 B'15 or 10 st, very blessed, other from a boy, of other.

Authority overs in by Diann Hazlewood Grohoske sweetpea, Roy Lester Grohoske, Mary Broughman Hazlewood - JB of - Albert & Mary Grohoske, its seen of no other way for I of obsolete life that can be proven is already proven in earth and in heaven by spirit, of this will be done in earth as it is in heaven st mt 6:10 I see our lives abused as Galatians 4 of Gods appointed time only by this time can I be of this, only by this time can I be of this, calling, or other of as my life is so powerful of Church, its Roy Lester Grohoske, Diann Hazlewood Grohoske, JB & Mary Broughman Hazlewood, Albert & Mary Grohoske and Calvin R Grohoske that had done wrong though had a acceptance until he followed outside influence that I David, Diann, Sweetpea Roy Mary B Hazlewood fought against that by Sovereignty its only by his confession of outside life that is seen against my protectors and I of Gods way, Yashava, Christ to come, f are seen where I David, Diann, Roy are seen power against freemason illuminati of crimes against humanity and systematic torture by John 15:26 Comforter Spirit of Truth as other of these know this is true and is not same as these of.

I David Diann Hazlewood Grohoske sweetpea Roy Lester Grohoske are of life that manifest fake people who did not come into life correctly as they

Roy Lester Grohoshe Diann Hazlewood Grohoshe sweet pea one of predestination of raining I correctly Galations 4 manifest by Paul an Apostle servant of Jesus Christ by Dods will, not many, no one else is seen of my Dile no one else able to do what can be discerned by Spirit of Truth,

A D 7.30 7.35 as mutiny of clergy mens, of Michael Unit, now Richard P Leblanc mutiny by clergymen understood from Spiritual discernment and enlightening from I David Lester Grohoshe by John 15:26 Comforter, Spirit of Truth as criminal infringement of a copyright by interception of communication needed in our justice sytem as I David to be placed before Roy Lester Grohoshe, Diann Hazlewood Grohoshe sweetpea as we three fight against evil forces thats needed to turn, this im seen how of Soverignty of Dods way, as clergymen + codes + rules, rights, obvious of HB1433 parole July 23 2019, Nov10 2019 discharge that manifest outside government involvement of treason, terrorism, embezzlement and theft, frauds + scandals, this of actions against my Dile of Spirit + will.

Its needed of witnesses of inconnceration for Dile more abundantly on earth, Its need of I David Lester Grohoshe, Diann Hazlewood Grohoshe sweet pea Roy Lester Grohoshe of this Ecclesiastical Matter and crime victims rights for a understanding of Degal foundings in our societies and re incorporating by His way of Spiritual power, I have upheld as one of His chosen - of prophet - of apostle, of Dods way, Church, family, one of need of testfying too this word for all families, aquaintenances, people pont by, for His way of our Dives He has supplied us, Mt18:15-20,18 as our Dives we need Dods way of His word manifested, these of surrounding of a agreement of the imply of binding, Its done by my Spiritual authority, as now needed governing in agreement,

I declare under penalty of perjury true + correct Signed July 7 2019,
I David Lester Grohoshe David Lester Grohoshe Richard P Leblanc Beaumont TX

Exhibit B 1.2

Ecclesiastical Controversy 1829 Watson vs Jones 80 US 679, 728-9 1871
Ecclesiastical Matter

43
The need of actions we are oppressed, stressed, persecuted under as the
Might of publicity + immediate Rights one of needed questioned,
pressed, Gods way, word, works, will, perverted, corrupted, stolen,
that re compensed of life of our is of need.

44
Might of publicity Right to control the use of ones own name picture
or likeness and to prevent another from commercial benefit without ones
consent state law created intellectual property right is a commercial
tort or unfair competition. It is a district legal category not just
a kind of trademark copy right false advertising or right of privacy.
J Thomas McCarthy The rights of publicity and privacy 1:3 at 1-2 added 2000.

Its of previous complaints I have had stolen interception of communication,
is how these have stolen from my spiritual fruits + word of legal actions
and of origins, that by Holy Ghost of I a true of God, His way of life
as of apostle prophet I have explained previous word, as I learned
this of rights in Richard P Leblanc Law Library not a ok area as first
day mind control was bad then they slowed down of their actions
as of today my life is power of Ecclesiastical government of matter of
spiritual authority by Sovereignty, will, John 15:26 comforter Spirit of Truth,
as Ezra 7:26 as I a king and have given of and direct as acknowledgement
of discer of Beaumonts visitors of authority I have not devices.

I readiness need of ideas, explanations, like I have been of establishing producing by
fruits + following against I wronged + Roy + Diann Sweetpea wronged.

Again these have stolen from I David as one of Gods chosen leaders of nation
by His Spirit, predestination, justification, calling. Rom 8:28, 29, 30

I declare under penalty of perjury
true & correct digital copy July 1, 2019
J David Lester Grohoske *J David Lester Grohoske*

Ex B-2

---

Ex 21: 12-14, Ex 21:16, Lev 20:13, Lev 18:6, Deut 23:1, 2, Is 40:12, Mt 7:14, JN 8:
32b, psalm 23, Rev 21:7, Deut 16:18, Lev 19:15, 1 corin 7:17, John 7:17, John 17:17,
John 4:24, 1 Timothy 5:18, 1 corin 9:9, Ezra 7:26, Lev 6: 1-7, proverbs 18:
20, Romans 1, 1 Peter 2:13, 14,15 Gal 6:7,8, John 3:16, 1 John 1:5, Jm 1:20, 2 corin
6:13, 14, Phil 3:16, 1 corin 3:13,

JEREMIAH 23: 30  48:10, as God gives us not to corrupt His word in His
people, this is where we have prophets of baal, false apostles, freemasons,
illuminati, of as other we can see mind control, cointelpro, other government
entities.

These used devices to steal from J David Lester Grohoske 1838 849, also stealing
from Diann Hazlewood Grohoske sweetpea, Mary Brughman Hazlewood, Roy Lester
Grohoske, as of JB Hazlewood, Albert & Mary Grohoske,

I have had to be wrongfully inconcerated to be done as its blasplemy blasplemy
of Holy Ghost to keep J David Lester Grohoske, Diann Hazlewood Grohoske sweetpea
Roy Lester Grohoske in prison or of ∞

Its codes + rules government is of needed to follow because of blasplemy done to
such as J David Lester Grohoske to hold J back from life that jealous people
have done since im a boy, my life is needed in world, Malachi 4 of word
my life seen of, as protectors Roy + Diann have been used, these people
have intentionally housed J around blasplemons of Holy Ghost as they do
not desire to fight due to who oversees them knows it manifest this
word + they become a threat to self + other as its all manipulated
and governments have set themselves up as Gods It im self beginning and
end imy Alpha + Omega, Lord of Hosts confounds by J David since im a boy
as its covered by evil people surrounding us and Roy + Diann + Mary
was over ran as we await rights and press for life,

In the Eastern District of Texas

David Lester Grohoske, Diann Hazelwood Grohoske
                          Sweet pea

    Vs

Richard P Leblanc Brad Livingston
Governor Greg Abbott    Government Entities
President Donald Trump   NON-Government Entities

①          1 Jurisdiction and Venue

This is a civil action authorized by 42 USC Section 1983 to redress the
deprivation, under color of state law, of rights secured by the Constitution of
the United States. The court has jurisdiction under 28 USC Section 1331 and 1343
(a)(3). Plaintiff seeks declaratory relief pursuant to 28 USC Section 2201
and 2202. Plaints claims for injunctive relief are authorized by 28 USC.
Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.
The court has supplemental jurisdiction over plaintiffs state law claims under
28 USC section 1367. Plaintiffs Federal Tort Claims Act claims are authorized
by 28 USC Section 1346. [Ecclesiastical Controversy 1829, Ecclesiastical
Commissioners Act St 6+7 Will ch77 as J search in need of this Vegal application
of [ jurisdiction and venue.] 28 USCA 1915 life in imminent danger of serious injury.

② J am in the Eastern District of Texas filing suit and is an appropriate
Venue under 28 USC Section 1391(b)(2) because it is where the events giving
rise to this claim, as amended of 617cv218, 19-4036d and # 105 to reincorporate
all, reform beginning of.

①A Requesting under 18 USC 3626 prisoner release order if no other relief will remedy
the violations of Federal Rights in lives given, in complaint.

United States Courts
In the Eastern District of Texas

David Lester Grohoske, Diann Hazlewood Grohoske
                                    Sweetpea

VS

Richard P Leblanc  Brad Livingston.

Governor Greg Abbott          Governor Entities

President Donald Trump        NON Government Entities

## II Plaintiffs

③ Plaintiff David Lester Grohoske 1838849 is and was times mentioned herein
a prisoner of the State of Texas in the custody Texas Department of Corrections.
He is currently confined in Richard P Leblanc Unit in Beaumont Texas, K 28T
4 bldg.

④ Plaintiff Diann Hazlewood Grohoske Sweetpea is mentioned in this complaint, as is
of custody of Albion New York Department of Corrections, Albion New York,
last residence, 449 or 403 travis rd, Lott Texas 76656.

## III Defendants

⑤ Defendant Brad Livingston is the executive director of the State of Texas
Department of Corrections. He is legally responsible for the overall operation
of the Department and each institution under its jurisdiction Including
Richard P Leblanc where plaintiffs are or of confined.

⑥ Defendant Greg Abbott is the Governor of Texas State, . He is responsible
of state law claims, intrest of State of Texas, of Texas Department of Corrections
Richard P Leblanc Unit, State of Texas prison system, civil rights violations
of state law claims, federal codes + rule violations of civil rights, crimes .
against humanity, systematic tortore, for welfare of inmates in State Prison
citizens of State of Texas of United States of America, prisoners + citizens, over world,
life, before and after death, past, present, future, is legally responsible

⑦ Defendant President Donald Trump is President of United States of America. He is
responsible for federal codes + rules, state law claims, of intrest of State of Texas
in United States of America, of United States of America, of Worlds intrest of violations
against United States of America Government, citizens, in State of Texas, prison system
in Texas, as this civil rights violations order of resolving correctly for all, is

In the Eastern District of Texas

David Lester Grohoske    Diann Hazlewood Grohoske
Sweat pea

VS

Richard PLeblanc Brad Livingston

Governor Greg Abbott ___    Government Entities

President Donald Trump    NON Government Entities

7 legally responsible. on Richard PLeblanc Unit,

8 Defendant Government Entities is legally responsible for the operation, state lawclaim, of Richard PLeblanc Unit and for the welfare of all the in mates in that prison, as well from this situation of claims into society, over world,

9 Defendant NON Government Entities is legally responsible for the state law, of the operation of Richard PLeblanc Unit and for the welfare of all inmates in that prison, as well from this situation of claims into society, over world,

10. Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of State law

11 "I am of a  Ecclesiastical Matter that I search for the Life God has appointed I over as a position of authority of Church. By this of I am given a position of authority over nation."

12 The useage of ongoing 1601-1606 criminal mechanical devices instruments, 2332h radiological dispersal devices are of harm mentally thats to keep such power of Spirit of God, over mind-body functions, The heading of this page was of influence, interference, in order to stop my titling how I desired.

13 Its of stolen word fruits I produce infringement of a copyright, interception of communication, by inmates of K-1-TB - K-37 Top + bottom, Richard P Leblanc Unit of inmates, staffs, other entities, F-1 Top + bottom, F-37 Top + bottom of Richard P Leblanc Unit, as Falls County of Texas, State, of other entities of guilt, trespasses, crimes, blasphemy of Holy Ghost, stolen identity, in intent to aid others in escape from prison, as well climbing up ladder not entering correctly into Heaven, Church, stealing from I.

14 I ts been of mental, Spiritual intention of studying human body as I have previously written a similar word for counts of Deut 16:18 Judges + officers, Lev 19:15 Ye shall do no unrighteousness in judgement, As of July 17, 2019 I was of checking out book as of The endocrine system of Thymus and pineal gland area of 12:22 + 12:23 as snot-substance-is of then from implanted unconscious of pulsation then used by 1601-16.06 devices - 2332h radiological dispersal devices.

15 I began learning of governors + tutors Galatians 4 adopted parents, like real, most important lines on earth have been keeping I protected from, someones who followed us of life as they are who are all of our freedom as a -Papacy-desire too control them by acts of deception making do against will, for my life not to forward, as im one of Gods Rom 8:28, 29, 30 predestined, justified, called. These being my protectors Roy Lester Grohoske Diann Hazlewood Grohoske sweetpea, JB + Mary Broughman Hazlewood, Albert + Mary Grohoske parents of as today they are controlled by others, family, people not in our best intrest, as others of unforgivable sin,

(16) Its of other injections of rectum, as of the manipulation of from passing by digestion, esophagus, once food is swallowed the stomach takes over. Using muscles contractions to mix the food with gastric juices containing enzymes such as pepsin, which breaks down protein.

(17) Food them moves to the first section of the small intestine called the duodenum, where some juices from the pancreas continue the break down of proteins and carbohydrates while others work with bile from the liver to break down fats.

(18) The small intestine takes in almost all of the nutrients the body needs. The large intestine absorbs moisture from the matter that is left, then excretes the waste from the anus. The portal vein carries most of the nutrients and moisture absorbed during digestion to the liver.

(19) This explanation of Time Life Understanding Science and Nature Human Body 612 HUM BA-208356-26 pgs 1-152, 92-93, by J David Lester Grohoske 1838849, of Richard P Leblanc Unit 3695 FM 3514 Beaumont Texas 77705 of library check out, K-28 T of location.

(20)

IN The United States District Court
of The Eastern District of Texas

David Lester Grohoske, Dinnn Hazlewood Grohoske
                Sweetpea

VS

Richard P Leblanc Brad Livingston

Governor Rick Perry          Government Entities

President Donald Trump       NON Government Entities

20. In the intrest of July 29 2017 Estelle, rape, medical report of Rayon, as Edgin Sgt, Lopez CO, nurse Rayon seen & anally penetrated, as seen of period of time of ongoing rape & had given Rayon, other, Lopez, Edgin.

21. I was scheduled for sane rape test kit and ordered and obtained PREA paperwork, I was given OIJ denied, so I was never seen and Rayon had given & that I would not be discriminated against of political process.

22. This began of Dunn, Woods nurse, Hall, of my requesting aid, as of 28th, this of the housing a Charles Daubitz III Reynolds, 1712690 as this I was seeing his back of condition where I could not of been moved of bunk though is he one of the rapist, July 29 2017 Estelle Safe Prison picture I in great physical condition, hair then.

23. I am having to report in forms for all lives better intrest before myself for purposes of I a man of God, of Sanctuary, being persecuted.

24. I was threatened by Staffs actions Lt Goodall, Sgt Valdez, Major Rigsby, I felt threatened by, as others seemed to be also of not so much of personal threat though governmental Co Tak, Co Ndukw similar spelling as other government – non entities was of needed conversating of my life and word of life in threat by governmental political process of Ecclesiastical matter I've learned & am in movement of.

25. The need of drivers CO Griego and co Rebollar of other I've reported that, right of publicity 1822 the right to control the use of ones own name picture or likeness and to prevent another from commercial benefit

United States District Court
IN The Eastern District of Texas

David Lester Grohoske   Diann Hazlewood Grohoske
                        Sweetpea

Vs

Richard P Leblanc Brad Livingston

                    Government entities
                    NON Government entities

26, I continue of July 29 Estelle facility, too Michael Unit Tennessee Colony Texas, as I was transferred back before eye exam and returned Aug 14 + 15 2017 for on eye exam.

27 I had incidents many incidents of ongoing rape Ive reported, unconscious only, under 9205 cause number 18388849 possession of a firearm, as from BS82 cause no 15+3250 I was of needed information of restoring rights of or correct security as now well understood I of God, leader of nation, By His word, Spirit, will,

28 I was harmed Skyview, Rusk, Texas, as continuing harassment mental and emotional, Spiritual, physical, also Diann Hazlewood Grohosne sweetpea, others.

29 This of Richard P Leblanc Unit arrival April, 3rd, 2019 I have filed for rape on Michael Unit when arrived denied aid, as I have to file by my ability of giving word to avoid loss, others I am of a responsibility of life, difference of my responsibility.

30 I have requested to speak on a Stenographer with O JB and was denied.

31 this ongoing reckless or callous indifference to rights have been committed.

32 Evil intent of defendants of current parole denial of July 23 2019 I do search punitive damages, other of I not aiding anyone escape or impersonate me.

33 The ongoing of a wrongfully committed act of incorrect translation of thought as done against my will, is seen how there commit blasphemy, immutable trait, John 4:24 God is a Spirit and they that worship Him must worship Him in Spirit and in truth,

United States District Court
IN THE Eastern District of Texas

David Lester Grohoske   Diann Hazlewood Grohoske
                        sweetpea

Vs

34 I have had very jealous people harming us, against my release of parole and
fone seen rights as Diann Hazlewood Grohoske sweetpea made to say or do
against will, Roy Lester Grohoske Jue understood also.

35 J was sent from Michael Unit here Richard Plehlane Unit Beavmont Texas of
current K28T 4bldg as began F26T, and of July 23 2019 being release
date,

36 Pre release blood work May 2nd on or about 2019 CID HIV, and May 13 2019
Guidry of thumb print, electronic signature, TX ID.

37 I had back harmed after this, X rays, done unconscious and is how J was
moved by provider Mills, of K-19 bottom then moved K-28T.

38 Madonna Wyatt who done X rays, seem unstable of her actions, word, other in
situation seen as they Know J David Lester Grohoske, Diann Hazlewood
Grohoske sweetpea one so innocent, Roy Lester Grohoske also.

39 J am following of emotional, Spiritual, mental anguish, acts against our lives one
against Church.

40 J have reported too staff, officials, government entities, non government entities, of

41 J am not helping anyone escape or impersonate me. Captain Matthews, Sgt Ramirez,
Lt Anding, Sgt Reed, CO Traylor, CO Christophe, Brown Captor Lt, mental health Parsels,
CID of prerelease blood work, staff, Pierce, Mitchell, Duke, other may of over heard,
Hannibon, J reported too Jackson I ban blk male, STG Rollins, Warden Danheim,
group of OJT's, staff in training, OJT's, through communication, lines, stations, systems,
yelling from infront of 4 bldg, CO on clarity of this of. AD 7.30 AD 7.35 Aceves David, Michael,
as Jue also sent letter too OID, reporting, STG, also I60 too Classification of aid,
as from July, 23, 2019 of denial this is very important of before also.

42 implements for escape anything useful for escape
   Exhibits A 1-7  B 1-2

United States District Court
In the Eastern District of Texas

David Lester Grohoske    Diann Hazlewood Grohoske
                            Sweetpea

vs
Richard P Leblanc

IV Exhaustion of Legal Remedies

43
Plaintiff David Lester Grohoske used the prisoner grievance procedure at Bunney Facility, Bartlett State Jail Facility, Estelle Facility, Skyview Facility, Michael Facility, Richard P Leblanc Unit, to try and solve the problem of Gonee, as other applications of rights, utilized inside prison offered, other, outside of prison, camera, stenographer, other forms needed, of Richard P Leblancs current housing and custody. The reports of began March 20 2013, Date returned April 15 2013 Warden Goings 2013114619, investigator ID, IO157 plaintiff David Lester Grohoske presented facts of beginning of ongoing violations of rights as of date grievances of reference from March 20 2013 to current date of July 22 2019 of violations and grievances still open as I need grievance file of all for correctly given of claim, as stenographers of OIJIS, camera of use of forces, pictures of Sale Prison, as well other of pictures, camera, paperwork as I need outside access of obtaining, funding. This for Diann Hazlewood Grohoske. sweetpea of her needed life, statements of account, reports, phone or other, legal log, other, of and for Roy Lester Grohoske also of his part of discernment I have better judgement of actions.

IN The United States District Court
of The Eastern District of Texas

David Lester Grohoske, Diann Hazlewood Grohoske
                    Sweetpea

    VS

Richard P Leblanc Brad Livingston
Governor Rick Perry        Government Entities
President Donald Trump      NON Government Entities
                Legal Claims

44 Plaintiffs reallege and incorporate by reference paragraphs

45 In the Ecclesiastical Matters, as of Ecclesiastical Controversy 1829 Watson vs Jones 80 US
679, 728-29 1871, this has of a effect from K-6 of Westphalia School, Falls County, Texas,
as persecution against J David Lester Grohoske, as my protectors seen is Diann
Hazlewood Grohoske sweetpea - Mary Baughman Hazlewood - as those who was able
to take J away from school, as Roy Lester Grohoske covered these two,
J incorporate of AD 7.30, 7.35 policy 13.02, PD 52 of a connecting of Chaplaincy policy
TDCJ is of obligated to Reverence, An Ecclesiastical Endorsement TDCJ, ACA has
of Chaplaincy department legal directory.

46 These of other Senate Concurrent Resolution 44 75th Legislature AD 7.30 Procedures for religious
Programing Chaplaincy policy 2.01 BP 01.01 Texas Board of Criminal Justice Responsibilities
BR 152.71, AD 3.02, 3.04, 3.40 Worship Leader, Scripture reader, prayer leader, choir
conductor, Choir member, musician, chapel crew member, sacrament server, Sermon
message presenter,

47 Policy 13.02, AD 7.30, PD 52 required to read and abide by obligations, conversations,
Texas government code 2054.003(7) Texas Administrative Code 202.22
14.04 Certified Volunteer Chaplins assistant policy number 120.2
413th meeting of Texas Prison Board 11-7-83 of income policy Texas Business code

48 commerce code 521.002
The needed of information collected, wrongful accusation, Spiritual enlightenment
552.021 552.023 government codes as of 559.004 of incorrect information
TDCJ has collected about you be corrected.

49 Chaplin Policy 11.05-A HoLY Communion AD 7.30 Texas Penal Code 38.11
July, 18, 2019 Sanctuary Scriptures in Church - Sanctuary - Ex 15:17, NE 10:39,
Ex 25:8, 36:1, 3:4 St Luke 7 Aceves, Jeff of Service names, given them J did
of July 23 parole, other of Stores needed made, scripture in Spirit, store of also.

United States District Court

In The Eastern District of Texas

David Lester Grohoske, Diann Hazlewood Grohoske
Sweetpea

VS

## V   Legal Claims

50. In the actions of Ecclesiastical matter of, denied identity, mental, emotional, Spiritual, rape, physical injury, racial discrimination, Spiritual discrimination, use of force, persecution, malnourishing different forms, abuse of body all different areas of body, lyrics stolen, mail, names defamed, deliberate indifference, political process cannot protect, medical needs, historically discriminated, judiciary relief, right of publicity, immediate right, minority rights, Crime victims rights, privacy, freedom of speech, beating or more, as I David Lester Grohoske Diann Hazlewood Grohoske, also of Roy Lester Grohoske being abused from I younger,

51. These acts of thought translation against our will done for other purposes, not governed how supplied way is of Gods way, God of Abraham Issac & Jacob, YHWH-adonay, JEHOVA, Elohim, Alpha & Omega beginning and ending, Lord Jesus Christ, Immanuel Emmanuel Yashua-tsp,

The actions of housing, work, this of actions learned from Michael Unit, now on Richard Plablanc Unit, NewYork, Albion, other prisons, air quality, food, other learned life of established process being denied, harm others, placing during sleep unconscious, moving body around.

52. Violated David Lester Grohoske, Diann Hazlewood Grohoske, Roy Lester Grohoske rights and constituted cruel and unusual punishment, due process, reasonable expectation of privacy, equal protection, free exercise clause, establishment clause, fourteenth amendment, right of publicity, religious freedom restoration act, religious land use and institutionalized persons act, PD#s Tx pnlcds, AD.7,30,7,35, failure to protect, excessive force, retaliation, totality of condition, irreparable harm these of other Federal criminal and codes of state or federal criminal codes and rules.

53. These of aggravated identity theft, false impersonation, fictious name and address, of telepathy thought translation - immutable trait Gods will and Spirit I of Him, other of person life source, Diann Hazlewood Grohoske sweetpea, RoyLester Grohoske of life source, forms of kidnapping, decoying, inviegling, hostage taking, seditious conspiracy, obstruction of justice, fraud and false statements, interception of communication, miss-prison treason subversive activities, domestic and international terrorism, HAARP, DARPA, Biblical Gog and Magog. Not God, mail stolen, mail fraud, weapons of mass destruction (teleportation) I never have teleported, if done done unconscious

United States District Courts

IN The Eastern District of Texas

David Lester Grohoske  Diann Hazlewood Grohoske
                  sweetpea

VS

Richard Pleblanc Brad Livingston

                    Government entities
                    NON Government entities
                         legal claims

54
I believe can be done to anyone I not in any sin, I belong to God, Christ Jesus, other
having testimony, I may witness or judge, radiological dispersal devices, criminal
mechanical instruments, devices to cause I harm, I've never used, may some threatened,
transportation for illegal sexual activity other related crimes, picture or video
explicit against my will done unconscious, against other, may, made, who,
broadcasting obscenity of a act done to deceive not act of walk having to walk
in context from beginning to end, harboring terrorist, solicitation, conspiracy,
insurrection and rebellion, mutiny, blasphemy, blasphemy of Holy Ghost, acts done
against USA, world through I David Lester Grohoske, Diann Hazlewood Grohoske
Sweetpea, Roy Lester Grohoske of prolonged period of time abused for being Christians
teaching I His way, word of God, walk, I looking to claim my identity
of Holy Bible already my life, someone deceiving scriptures of Elijah, life turning
hearts of Fathers to children of like scripture of Him my life stolen ours Diann
Hazlewood Grohoske sweet pea, Roy Lester Grohoske to deceive of this. Mary Baughman
Hazlewoods of past, we together, forgive and ye shall be forgiven.
55
Under the Constitutional amendments of 1st 2nd 4th 5th 6th 8th 14th all, human right
articles above federal codes-rules, Texas state law, from violations of civil rights is
how incorporated, of who we are by God, in USA government, Church prom.
I request all Holy Bible to be reverenced Exodus 23:1-3 6n8 Leviticus 6:1-7, 19:15-18
Deuteronomy 16:18-20, Mt 18:15-17, Mt 5:17-20, JN 13:34, Gal 4, 6:7,8, Mt 7:12,
Ezra 7:26, Rom 1:18-32, 1 Peter 2:13,14,15, Ex 21:12-14, 21:16, Lev 20:13, 18:6
Isa 40:11, 1corin 6:14, JN 17:17, JN 7:17, JN 8:3db, Mt 7:14, ps 23, proverbs 18:20, 1corin 3:13
1 corin 7:17, 1corin 9:9, phil 3:16, 1 Tim 5:18, Deut 25:1-3, 25:4, Deut 23:1-2, 1corin 15:55, Titus 3:9
2 Tim 2:24, many other scriptures, whole word. Music I've written true explanation of what I
set to catch enemies of I David Lester Grohoske, Diann Hazlewood Grohoske sweetpea, Roy
Lester Grohoske, thats enemies to us and to Christ, Yashava, God of Abraham Israel
and Jacob, this reverenting me, I, of God, Christ, who God has given I to be
of in world, apostle-prophet King predestined, head, article 14 asylum if not aided.

United States District Court
In the Eastern District of Texas

David Lester Grohoske  Diann Hazlewood Grohoske
                    sweetpea

   VS

Broad Living Man
. Greg Abbott        Government entities
Donald Trump        NON Government entities

56
medical rights, people who follow I to be given who speak from TV, radio, sound source
communications, lines, stations, systems, to what these know of I David Lester
Grohoske, Roy + Diann Hazlewood Grohoske sweetpea to not harm us, as no ones fought
for in, on normal unfair, medias, law, military, government, people, prisoners to
witness to what they know, any and all involved in terrorism against USA-world.
born of Spirit, through our lives, correct housing until immediate release of
hostage from as cowards are deceiving daily of our lives, that nigger word falls
upon by His Spirit my life of Sovereignty, all colors, this I am of authority very
powerful for society, unity correctly, money reclaimed through our lives of Church,
US government interest, people held accountable of Ecclesiastical Matter I have found name
recent, for correct asylum for Roy Lester Grohoske, Diann Hazlewood Grohoske sweet pea
I David Lester Grohoske if all denounces God, Christ, life, by self destruction to keep
our lives from rights, polygraphs, lawyer, for many purposes complexity of case to stop
raping VS or using VS incorrectly. to blasphemy God, Christ, Spirit, needing correct
medical, Filartiga v Pena-Irala 630 F2d 876 2d Cir 1980 Common wealth of Pennsylvania
662 F2d 1025 3d cir 1981  42USC 15601  42USC 15602 PREA other Fed Supps needed,
      Center for Constitutional Rights  Lewis vs Carey 518 US 343(1996)
57
The declaration that the acts and omissions described here in violated plaintiffs
rights under the Constitution and laws of the United States

United States District Courts

IN The Eastern District of Texas

David Lester Grohoske, Diann Hazlewood Grohoske
                          sweetpea

VS

58
The plaintiffs have no plain adequate or complete remedy at law to redress the wrongs described herein, Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiffs seek, other than hostages, no relief will remedy Federal right violation this is requested for of David Lester Grohoske, Diann Hazlewood Grohoske sweetpea, Roy Lester Grohoske of, 2284 of title 28 USC, 18 USC 3626,

59                          Prayer For Relief

Wherefore plaintiff respectfully prays that this court enter judgement granting plaintiffs:
60
A declaration that the acts and omissions described herein violated plaintiffs rights under the constitution and laws of the United States.
61
A preliminary and permanent injunction ordering defendants                    to stop under 18 USC 1512 Valvano v Mcgrath 325 supp 408 EONY 1970 Jackson v District of Columbia 254 F 3d 262 DC cir 2001, I've requested correct housing understood from Michall unit - government entities and Non Government entities of defendants, before arrival Amil, 3 2019, here on Richard P Leblanc Unit, needing correct housing, and Roy & Diann Hazlewood Grohoske protected sweetpea crime victims rights Others, also of cases 2016 US District Courts Lexis 53449 Grohoske vs Hines transferred from 314cv598 - 614cv762 last 617cv218 - 1940362, other 116886 116929 6161103 David Lester Grohoske 1838849 VS Assisstant Warden Godwin, Brad Livingston, Bryan Collier, this also reincorporates under script - terrorism - conspiracy - by script, life left in iminent danger due to who I am of obedience of Gods way, 615cv486, there Mayweather V Newland 258 F 3d 930 (9th cir 2001) Scott v Ambari 577 F 3d 642 6th 2009, Farmer V Brennan 511 US 825, 842, (1995) Gomez V Vernon 255 F 3d 1118 9th cir 2001, Calhoun V Hargone 312 F 3d 730 5th cir 2002, Witte v Wisconsin Dept of Corrections 434 F 3d 1031 7 cir 2006 this important to my life, Roy & Hazlewood Grohoske Life others, Benjamin V Kerik 102 F Supp 2d 157 SDNY 2000, I request witnessing to telepathy thought translation hearing our names and location David Lester Grohoske 1838849 also, Richard Pleblanc Unit Michall Unit, Diann Hazlewood Grohoske sweetpea, Roy Lester Grohoske,

United States District Court
In The Eastern District of Texas

David Lester Grohoske D iann Hazlewood Grohoske
sweetpea

VS

62 Wherefore, plaintiff respectfully prays that this court enter judgement granting plaintiff
Lev 6:1-7 of the return,

63 A declaration that the acts and omissions described herein violated plaintiffs
rights under the Constitution and laws of the United States.

64 A preliminary and permanent injunction ordering defendants for relief in
their responsible obligated position of authority to stop the civil rights violations,
in legal claims, of my life of Ecclesiastical matters, of acts aimed at society, United
States Citizens, prisoners, even over world, through d David Lester Grohoske,
Diann Hazlewood Grohoske sweetpea, others, or committed against our lives
or others individually, for other, against Dlong of Ded. Christ Majesty, Spirit,
Kingdom of Heaven.

65 I search for defendants,

66 Government entities, NON Government entities, for official capacity and individual.

67 Compensatory damages in the amount of                    against each defendant

68 jointly and severally.

69 punitive damages in the amount of                    against each defendant.

70 All other compensatory damages of abilities of liabilities, found, unfound.

71 A jury trial on all issues triable by jury.

72 plaintiffs cost in this suit

73 Any additional relief this court deems just, proper, and equitable.

In The Eastern District of Texas

David Lester Grohoske  Diann Hazlewood Grohoske
Sweetpea

VS
Brad Livingston
Greg Abbott        Government entities
Donald Trump       Non Government entities

Dated  July 25 2019
Respectfully submitted

Richard P Leblanc 4bldg David Lester Grohoske K 28 T  3695 FM 3514 Beaumont TX 77705
I have read the foregoing complaint and hereby verify that the matters
alleged therein are true except as to matters alleged on information and
belief and as to those I believe them to be true I certify under penalty
of perjury that the foregoing is true and correct.

Executed at  R. chard P Leblanc
Beaumont Texas 77705
July 25 2019

David Lester Grohoske
David Lester Grohoske

David Lester Grahoske 1838849
Richard P Leblanc Unit K28 r 4hley
3695 FM 3514
Beaumont Texas 77705

$1.25

United States District Courts
oF The Eastern District of
Texas, Jack Brooks
Federal Building + US Courthouse
300 Willow St Ste 104
Beaumont Texas 77701



